IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 5:18-cr-00026

JAMES H. BLUME, JR.
MARK T. RADCLIFFE
MICHAEL T. MORAN
SANJAY MEHTA
BRIAN GULLETT
VERNON STANLEY
MARK CLARKSON

UNITED STATES MOTION TO
RECONSIDER TRIAL DATE

Comes now the United States of America, by Steven Loew, Assistant United States Attorney for the Southern District of West Virginia, and informs the Court regarding an international trip the undersigned AUSA has had planned for over a year. The undersigned AUSA respectfully requests the Court to reconsider the January 4, 2022 trial date set forth in its Order. ECF 912.

On Friday, May 7, 2021, the Court held a status conference regarding defendants' motion for a continuance of the trial set for July 6, 2021. The United States did not oppose the continuance, so long as the trial was set for September or October. At the hearing, the Court stated that trial may be set for September or January.[1]

---

[1] The undersigned AUSA was unable to attend the Friday hearing as he was in the process of packing and moving homes.

In 2020, the undersigned AUSA planned an international trip with several other people which was to take place at the end of January and into February 2021. Because of the pandemic, the trip had to be cancelled. The trip was rescheduled for the corresponding days for 2022, that is January 27, 2022 through February 6, 2022. The undersigned AUSA has paid a nonrefundable one-thousand-dollar ($1,000) deposit for the trip.

Accordingly, the undersigned AUSA respectfully requests the Court to reconsider the January 4, 2022 date for the trial in this case.

Respectfully submitted,

LISA G. JOHNSTON
Acting United States Attorney

By:

s/Steven I. Loew
STEVEN I. LOEW
Assistant United States Attorney
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone:  304-345-2200
Fax:  304-347-5104
Email:  steven.loew2@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "UNITED STATES MOTION TO RECONSIDER TRIAL DATE" has been electronically filed and service has been made on opposing counsel by virtue of electronic filing on this 12th day of May, 2021 to:

Charles Whittaker Neely
Neely and Callaghan
1337 Virginia Street, East
Charleston, WV 25301
Email: mcallaghan@neelycallaghan.com
    *Counsel for James H. Blume, Jr.*

Derrick W. Lefler
Derrick W. Lefler, Attorney at Law
1607 Honaker Avenue
Princeton, WV  24740
Email:  dlef@citlink.net
    *Counsel for Mark T. Radcliffe*

John H. Tinney, Jr.
Hendrickson & Long PLLC
214 Capitol Street
Charleston, WV 25301
Email: JTinney@handl.com
    *Counsel for Michael T. Moran, M.D.*

John A. Carr
179 Summers Street
Suite 209
Charleston, WV 25301
Email:  jcarr@jcarr@jcarrlaw.com
    *Counsel for Sanjay Mehta, D.O.*

Harry A. Smith, III
Jory & Smith
P. O. Box 1909
Elkins, WV 26241
Email:  hasmith@jorysmith.com
    *Counsel for Brian Gullett, D.O.*

Michael T. Clifford
723 Kanawha Blvd. East
Union Bldg., Suite 1200
Charleston, WV 25301
    *Counsel for Vernon Stanley, M.D.*

Thomas W. Smith
P. O. Box 25339
Charleston, WV 25339
Email: tomsmithwv@gmail.com
    *Counsel for Mark Clarkson, D.O.*

By:    /s/ Steven I. Loew
        STEVEN I. LOEW
        Assistant United States Attorney
        WV Bar No. 7412
        300 Virginia Street, East
        Room 4000
        Charleston, WV 25301
        Telephone: 304-345-2200
        Fax: 304-347-5104
        Email: steven.loew2@usdoj.gov