\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| June 25, 2021 at 2:25:55 PM EDT | | 87 | 2 | Received |

Case 5:18-cr-00026   Document 931   Filed 06/28/21   Page 1 of 2 PageID #: 3963

Jun 25 2021 02:22PM  HP Fax                                           page 1

Craig P. Blair
Senate President – Lieutenant Governor
West Virginia Senate
State Capitol, Room M-227
1900 Kanawha Boulevard, East
Charleston, WV 25305-0800

5:18-cr-00026-08

# fax

| TO: | The Honorable Frank W. Volk | FROM: | The Honorable Craig P. Blair |
|---|---|---|---|
| FAX: | 304-253-6811 | PAGES: | 2 |
| PHONE: | 304-347-3256 | DATE: | 06/25/2021 |
| RE: | *United States v. Blume et al.* | CC: | n/a |

☑ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle



**CRAIG P. BLAIR**
SENATE PRESIDENT-LIEUTENANT GOVERNOR

304-357-7801
CRAIG.BLAIR@WVSENATE.GOV

STATE CAPITOL, ROOM M-227
1900 KANAWHA BOULEVARD, EAST
CHARLESTON, WV 25305-0800

June 25, 2021

The Honorable Frank W. Volk, Judge
U.S. District Court for the Southern District of West Virginia
Robert C. Byrd United States Courthouse
110 North Heber Street, Room 336
Beckley, WV 25801

Dear Judge Volk:

    It is my understanding that a trial date is currently set in the matter of *United States v. Blume et al.* for January 4, 2022. I am writing to respectfully request that you consider granting a contingent motion to continue that trial until after the conclusion of the 2022 Regular Session of the West Virginia Legislature on March 12, 2022. Tom Smith, who represents Dr. Mark Clarkson in the matter, is an integral staff member for the West Virginia Senate. Mr. Smith serves as Chief Counsel to the Senate Judiciary Committee, which makes him the most indispensable staff member to the busiest committee in the Legislature. Mr. Smith has served the Senate for nearly forty years, and although his service to the Judiciary Committee alone is worthy of this request, his value to the Senate extends well beyond that due to his institutional wisdom and guidance to staff and members.

    I fully understand and humbly acknowledge that the trial date in this matter is completely up to you, and there are surely many factors for you to balance. However, the West Virginia Senate and the citizens we represent would be lesser off for not having Mr. Smith available for the 2022 Regular Session. Therefore, I again respectfully request that you continue the trial date for *United States v. Blume et al.* until after the conclusion of the 2022 Regular Session of the West Virginia Legislature.

Sincerely,

Craig P. Blair
President-Lieutenant Governor